**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JENNIFER A. POTVIN,

       Plaintiff,                     CASE NO. 05-CV-70291

-vs-                                 PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

PAUL WHITE, KEN PERCIN,
JAMES FRANCISCO, and
STEPHEN BIRD,

       Defendants.
_____/

# ORDER
## (1) DISMISSING DEFENDANT PAUL WHITE FROM THE CASE; (2) DENYING PLAINTIFF'S MOTION TO EXCLUDE THE DEPOSITION TESTIMONY OF JASON CARRIERE; AND (3) DENYING PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF PLAINTIFF'S GUILTY PLEA

For the reasons stated on the record on July 24, 2007, the Court hereby:

(1)     **DISMISSES** Defendant Paul White from Plaintiff's case;

(2)     **DENIES** Plaintiff's Motion to Exclude the Deposition Testimony of Jason Carriere (Doc. No. 41); and

(3)     **DENIES** Plaintiff's Motion to Exclude Evidence of Plaintiff's Guilty Plea (Doc. No. 56).

**SO ORDERED**.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 24, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 24, 2007.

s/Denise Goodine<br>
Case Manager