**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JENNIFER A. POTVIN,

        Plaintiff,                      CASE NO. 05-CV-70291

-vs-                                        PAUL D. BORMAN
                                              UNITED STATES DISTRICT COURT

KEN PERCIN, STEPHEN BIRD,
and JAMES FRANCISCO, in
their individually capacities,

        Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR A DIRECTED VERDICT

Before the Court is Defendants' July 31, 2007 Motion for a Directed Verdict. For the reasons stated on the record on July 31, 2007, the Court hereby:

(1)     **GRANTS** Defendants' Motion as to Plaintiff's 42 U.S.C. § 1983 deliberate indifference claim; and

(2)     **GRANTS** Defendants' Motion as to Plaintiff's Intentional Infliction of Emotional Distress claim;

Therefore, Plaintiff's remaining claims against Defendants are: (1) 42 U.S.C. § 1983 excessive force; and (2) assault and battery.

**SO ORDERED.**

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 1, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 1, 2007.

                                                      s/Denise Goodine
                                                      Case Manager